In the Matter of the Application of ANN HAVENDER to Test the Legality of an Election of Officers of the TEXAS CLUB OF NEW YORK CITY.— Motion for

leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 860.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.